IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE MONGE, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>HITHER CREEK, LLC, et al.<br><br>    Defendants. | Case No. 1:21-cv-00337-CJN |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action with prejudice, Plaintiffs to bear their own costs and attorney's fees.

November 8, 2022

**NIXON PEABODY LLP**

By: /s/ Scott M. Dinner
SCOTT M. DINNER, # 1021879
MYRA A. BENJAMIN, # 888273331
JESSICA S. JEWELL, # 1671313
BRIAN J. WHITTAKER, # 997952
799 Ninth Street NW, Suite 500
Washington, DC 20001
Phone: (202) 585-8000
Fax: (202) 585-8080
sdinner@nixonpeabody.com
mbenjamin@nixonpeabody.com
jsjewell@nixonpeabody.com
bwhittaker@nixonpeabody.com

*Counsel for Defendants*

Respectfully submitted,

**DCWageLaw**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*